IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-301 |
| | ) |
| ROSE FALISE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 2nd day of June, 2008, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered September 19, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, June 20, 2008 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Pretrial Conference in the instant case, scheduled for June 20, 2008, and Jury Selection and Trial, scheduled for July 8, 2008, are hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster              ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Paul E. Hull,
    Assistant United States Attorney

    W. Penn Hackney,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation